**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BLANCA CASTILLO DE MARTINEZ, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-02339-RDM |
| | ) | |
| TIER-ONE PROPERTY SERVICES, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT AND FOR CERTIFICATION OF A SETTLEMENT CLASS**

COMES NOW, Plaintiffs Blanca Castillo De Martinez ("Plaintiff Martinez"), Vilma Somoza De Cienfuegos ("Plaintiff Somoza"), Richard Cienfuegos ("Plaintiff Cienfuegos"), and Armida Garcia ("Plaintiff Garcia") (collectively, "Plaintiffs") and Defendants Tier-One Property Services, LLC ("Defendant Tier-One"), James Harold Hatchett III ("Defendant Hatchett"), and Claudia Eguez-Buchanan ("Defendant Eguez-Buchanan") (collectively, "Defendants") (Plaintiffs and Defendants shall be collectively referred to as, "Parties"), by and through respective undersigned counsel, respectfully request that this Honorable Court, pursuant to Fed. R. Civ. P. 23(e) and LCvR 23.1:

1.     Certify and authorize Plaintiffs and undersigned counsel to represent a settlement class ("Tier One Settlement Class") consisting of: all Tier-One employees who performed "Public Work", as defined in the settlement agreement attached hereto as **Exhibit A** ("Settlement Agreement"), in the District of Columbia who performed more than forty hours of work in a workweek and/or were paid below the rate promised and owed pursuant to District of Columbia law during the period of January 1, 2021 through March 3, 2024;

2.      Preliminarily find that the proposed settlement reflected in the Settlement Agreement and described in the accompanying Memorandum in Support is sufficiently fair, reasonable, and adequate so as to justify dissemination of notice thereof to the Tier One Settlement Class;

3.      Preliminarily approve the Fee & Cost Award to undersigned counsel as described herein;

4.      Appoint ILYM Group, Inc. as the Settlement Administrator;

5.      Approve the date set forth for a hearing on final approval of the proposed settlement and its terms;

6.      Approve the Notice Form, which has been agreed to by the settling parties, and which are attached hereto as **Exhibit D**;

7.      Direct that the Notice Form be disseminated in the manner described in the accompanying Memorandum; and

8.      Approve the deadlines for, *inter alia*, requests for exclusion from the Tier One Settlement Class and filing objects to the proposed settlement.

Respectfully submitted,

| | |
|---|---|
| _/s/ Michael K. Amster_ | _/s/ John M. Remy_ |
| Michael K. Amster, Esq. (Bar No. 1001110) | John M. Remy (Bar No. 461244) |
| Thomas J. Eiler, Esq. (Bar No. MD0179) | JACKSON LEWIS P.C. |
| Zipin, Amster & Greenberg, LLC | 1701 Parkridge Blvd., Suite 300 |
| 8757 Georgia Avenue, Suite 400 | Reston, VA 20191 |
| Silver Spring, Maryland 20910 | (703) 483-8300 |
| (301) 587-9373 | (703) 483-8301 (f) |
| (240) 839-9142 (f) | John.remy@jacksonlewis.com |
| mamster@zagfirm.com | *Counsel for Defendants* |
| teiler@zagfirm.com | |
| *Counsel for Plaintiffs and* | |
| *the Settlement Class* | |

**LCvR 7(m) NOTICE**

Plaintiffs' Counsel has conferred with Defendants' Counsel and Defendants will join in seeking the relief sought herein.

*/s/ Michael K. Amster*
Michael K. Amster, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2024, a true and correct copy of the forgoing was filed by using the Court's electronic filing system and served electronically on counsel of record for all Parties.

*/s/ Michael K. Amster*
Michael K. Amster, Esq.
