IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA CASTILLO DE MARTINEZ, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TIER-ONE PROPERTY SERVICES, LLC*, et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:23-cv-02339-RDM |

**JOINT MOTION FOR FINAL APPROVAL**
**OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS**

COMES NOW, Plaintiffs Blanca Castillo De Martinez ("Plaintiff Martinez"), Vilma Somoza De Cienfuegos ("Plaintiff Somoza"), Richard Cienfuegos ("Plaintiff Cienfuegos"), and Armida Garcia ("Plaintiff Garcia") (collectively, "Plaintiffs") and Defendants Tier-One Property Services, LLC ("Defendant Tier-One"), James Harold Hatchett III ("Defendant Hatchett"), and Claudia Eguez-Buchanan ("Defendant Eguez-Buchanan") (collectively, "Defendants") (Plaintiffs and Defendants shall be collectively referred to as, "Parties"), by and through respective undersigned counsel, respectfully request that this Honorable Court, pursuant to Fed. R. Civ. P. 23(e) and LCvR 23.1:

1. Provide its final approval of the settlement reached between the Parties as it relates to the settlement class ("Tier One Settlement Class") consisting of: all Tier-One employees who performed "Public Work", as defined in the settlement agreement attached hereto as **Exhibit A** ("Settlement Agreement"), in the District of Columbia who performed more than forty hours of work in a workweek and/or were paid below the rate promised and owed pursuant to District of Columbia law during the period of January 1, 2021 through March 3, 2024;

2. Provide final approval that the terms of the Settlement Agreement are fair, reasonable, and adequate, as supported in the accompanying Memorandum in Support, and directing the Parties to consummate the terms and provisions identified therein, including, but not limited to, ordering the distribution of Settlement Shares to the Tier One Settlement Class;

3. Provide final approval of the fee award for Class Counsel as a reasonable fee for the services provided in this matter;

4. Dismiss this matter with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael K. Amster* | */s/ John M. Remy* |
| Michael K. Amster, Esq. (Bar No. 1001110) | John M. Remy (Bar No. 461244) |
| Thomas J. Eiler, Esq. (Bar No. MD0179) | JACKSON LEWIS P.C. |
| Zipin, Amster & Greenberg, LLC | 1701 Parkridge Blvd., Suite 300 |
| 8757 Georgia Avenue, Suite 400 | Reston, VA 20191 |
| Silver Spring, Maryland 20910 | (703) 483-8300 |
| (301) 587-9373 | (703) 483-8301 (f) |
| (240) 839-9142 (f) | John.remy@jacksonlewis.com |
| mamster@zagfirm.com | *Counsel for Defendants* |
| teiler@zagfirm.com | |
| *Counsel for Plaintiffs and the Settlement Class* | |

## LCvR 7(m) NOTICE

Plaintiffs' Counsel has conferred with Defendants' Counsel and Defendants will join in seeking the relief sought herein.

*/s/ Michael K. Amster*
Michael K. Amster, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2025, a true and correct copy of the forgoing was filed by using the Court's electronic filing system and served electronically on counsel of record for all Parties.

                                                      */s/ Michael K. Amster*
                                                     Michael K. Amster, Esq.